UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MCKEE FOODS CORPORATION, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF TENNESSEE, ) <br> ) <br>     Intervenor, ) <br> ) <br> v. ) <br> ) <br> BFP INC. d/b/a THRIFTY MED PLUS ) <br> PHARMACY, ) <br> ) <br>     Defendant. ) | CASE NO. 1:21-CV-00279 <br><br> JUDGE ATCHLEY <br> MAGISTRATE JUDGE LEE |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff McKee Foods Corporation appeals to the United States Court of Appeals for the Sixth Circuit from the district court's Memorandum Opinion and Order entered in this action on February 3, 2023 (Document 67), granting Defendant BFP Inc. d/b/a Thrifty Med Plus Pharmacy's Motion to Dismiss for Lack of Subject Matter Jurisdiction and dismissing this case.

Dated and filed March 1, 2023.

                                                                                                              CHAMBLISS, BAHNER & STOPHEL, P.C.

                                                                                                              By:   */s/William H. Pickering*
                                                                                                                William H. Pickering (BPR #006883)
                                                                                                                Catherine S. Dorvil (BPR #034060)
                                                                                       Liberty Tower – Suite 1700
                                                                                       605 Chestnut Street
                                                                                       Chattanooga, TN 37450
                                                                                       Telephone: (423) 756-3000
                                                                                       Email: wpickering@chamblisslaw.com
                                                                                                     cdorvil@chamblisslaw.com

                                                                                       *Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
Mark E. Schmidtke, *Admitted Pro Hac Vice*
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: (219) 242-8668
Email: Mark.schmidtke@ogletree.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 1st day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ William H. Pickering*