# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MCKEE FOODS CORPORATION** | ) | |
| | ) | **NO. 1:21-CV-00279** |
| **v.** | ) | |
| | ) | |
| **BFP INC. d/b/a THRIFTY MED PLUS PHARMACY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Trent Meriwether hereby gives notice of his appearance on behalf of Defendants the State of Tennessee and Commissioner Lawrence.

Respectfully submitted,

*/s/ Trent Meriwether*
Trent Meriwether (BPR# 038577)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207 Nashville, TN 37202
615-253-3211
trenton.meriwether@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of June 2024, a true and correct copy of the foregoing was served upon the following, via this Court's CM/ECF system:

William H. Pickering
Catherine S. Dorvil
Chambliss, Bahner & Stophel, P.C.
Liberty Tower – Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
wpickering@chamblisslaw.com
cdorvil@chamblisslaw.com

Mark E. Schmidtke
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Mark.schmidtke@ogletree.com

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

                                                   */s/ Trent Meriwether*
                                                   Trent Meriwether