# EXHIBIT I

# PHARMACY BENEFIT MANAGER COMPLAINT FORM


Commerce & Insurance

Insurance Division
500 James Robertson Parkway, 10th Floor
Nashville, TN 37243
(615) 741-9739
FAX: (615) 532-7389

## Pharmacy Benefit Manager Complaint Form

This complaint form is for pharmacies or other covered entities to file complaints with the Tennessee Division of Insurance related to pharmacy benefit managers (PBMs). Please complete this form and submit it by mail, email, or fax to the address above with any additional documentation related to the complaint.

### I. Person Filing the Complaint

1. Your Name: Chad Smith
Business Name: Cleveland Worx LLC DBA Preferred Cherokee Pharmacy (if filing on behalf of a business)
Mailing Address: 1690 25th St NW STE A
City: Cleveland   State: TN   Zip Code: 37311
Email: [redacted]
Phone number (Daytime): [redacted]

2. I am filing this complaint as:
- [ ] Insured
- [✓] Pharmacy
- [ ] Other (specify) _____

### II. Insurance Policy Information

3. Name of Insurance Company (Provide the exact name of the insurance company as it appears on your medical insurance card. Incorrect names will delay the handling of your complaint.)

4. Name of Policyholder or Insured

5. Name of Member/Dependent (if different than insured)

6. Type of Insurance
- [ ] Individual Health Insurance
- [ ] Group Health Insurance
If Group, Name of Employer

7. Date Policy or Certificate was sold

8. State in which Policy or Certificate was sold

### III. Pharmacy Benefit Manager Information

If you are a patient, please provide the following information from your pharmacy benefit card.

9. Name of Pharmacy Benefits Manager: Modimpact
10. Rx Group/GRP: MKE
11. Member/Dependent ID: 901154652 (Also numerous patients)
12. Rx BIN: 003585
13. Rx PCN: ASPROD1

## IV. Pharmacy Claim Information

If this is related to a specific pharmacy claim or medication, provide as much of the following information as possible.

| 14. Name of Pharmacy Preferred Cherokee Pharmacy | |
|---|---|
| 15. Claim or File #, if applicable | 16. Date of claim, transaction, or denial (as applicable) |
| 17. Rx # 6094896 | 18. NDC # |
| 19. Drug Name Ambd/Valsar | 20. Quantity Dispensed 90 |

## V. Details of Complaint

21. Please check the issue or issues that your complaint pertains to:

**Allowing Disclosures**
☐ Insurer or PBM penalizing a pharmacy for (or restricting pharmacy from) disclosing a lower price available for a prescription drug by not using health insurance for prescription purchase. TCA 56-7-3114

**Step Therapy**
☐ Insurer or PBM failing to provide a step therapy exception. TCA 56-7-3502

**Steering**
☑ Insurer or PBM interfering with an insured's right to choose a contracted pharmacy. TCA 56-7-3120

**Audits**
☐ Insurer or PBM failing to comply with statutory requirements for audits of pharmacy/pharmacist. TCA 56-7-3103

22. Please provide any additional information related to your complaint or a narrative of your complaint if the subject matter is not captured in the above categories. Please only include copies/scans of important papers (NO ORIGINALS, NO PHOTOS), letters, or other information if they relate to your complaint.

Patient was told that going forward he would be able to get his medications at McKee Bakery's pharmacy at little to no cost to him. He lives 30 minutes from there and doesn't want to change pharmacies.

23. Please indicate what actions should be taken to resolve your complaint.

All McKee Bakery employees should have the right to choose a pharmacy of their choice to fill all the medications for the same copay

24. Have you previously reported this complaint to us or any other governmental agency?

☐ Yes  ☑ No    If yes, which agency and what action was taken?

## VI. Submission Details

I declare that the information I have furnished is true and accurate.

_____  1-18-23
Signature                    Date

Email: Scott.McAnally@tn.gov

Fax: 1-615-532-7389

Mailing Address:
Department of Commerce and Insurance
Insurance Division
500 James Robertson Parkway, 10th Floor
Nashville, TN 37243-0574