UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

McKEE FOODS CORPORATION

      Plaintiff,

v.                                                  Case No. 1:21-cv-279

BFP INC. d/b/a THRIFTY MED PLUS PHARMACY

      Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for ERISA Industry Committee,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

   Illinois

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01/02/2025

*[signature]*

(Signature–hand signed)

Name: Deborah S. Davidson
Firm: Morgan, Lewis & Bockius LLP
Address:

   110 N. Wacker Dr., Suite 2800, Chicago, IL 60606

Email address: deborah.davidson@morganlewis.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*     **}ss.** Deborah S. Davidson

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Deborah S. Davidson was duly admitted to practice in said Court on (12/16/1998) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (12/31/2024 )

                           Thomas G. Bruton , Clerk,

                           By:   Declan E. Dolan
                                  Deputy Clerk

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: December 31, 2024