# EXHIBIT A

# MCKEE FOODS CORPORATION

vs.

# BFP INC., et al.

## CARTER LAWRENCE

## November 25, 2024

**Checuga Reporting, Inc.**

**(615)499-9320**

**scheduling@checugareporting.com**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TENNESSEE
 2                     AT CHATTANOOGA
    _____
 3

    MCKEE FOODS CORPORATION,
 4
              Plaintiff,
 5
    vs.                          Case No. 1:21-CV-00279
 6
    BFP INC. D/b/a THRIFTY MED PLUS
 7  PHARMACY, STATE OF TENNESSEE,
    And CARTER LAWRENCE in his Official
 8  Capacity as COMMISSIONER OF THE
    TENNESSEE DEPARTMENT OF
 9  COMMERCE AND INSURANCE,

10            Defendants.
    _____
11

12

13

14

15      Video Deposition of:

16      CARTER LAWRENCE

17      Taken on behalf of the Plaintiff
        November 25, 2024
18
        Commencing at 9:16 a.m. CST
19

20

21

22

23  _____

24            Checuga Reporting, Inc.
              Michelle Cessna, LCR, RPR
25          michelle@checugareporting.com
                   (615)499-9320
```

```
 1  sound more formal than it really is, but set up
 2  this group in order to make sure that there
 3  would be proper information sharing and
 4  involving -- getting legal opinion in order to
 5  make sure that we did what the law requires of
 6  us and that we would stay on track for all
 7  relevant deadlines.
 8  Q.   Does this group discuss ERISA preemption?
 9  A.   We have discussed ERISA preemption.
10  Q.   And tell me what the substance of that
11  discussion was.
12  A.   I believe that we would have asked legal
13  counsel about the relevant court decisions and
14  looked at the law that we had and discussed the
15  path forward, which, as I mentioned earlier,
16  was -- is to enforce the law that we have
17  unless a court told us otherwise, but to move
18  forward with the implementation of the State
19  law.
20  Q.   Including against self-insured ERISA
21  plans, correct?
22  A.   Yes.
23  Q.   Obviously not everyone whom we have
24  identified as being part of this PBM group is
25  in the PBM section.  Is -- is there a reason
```